# Ex. A

## AFFIDAVIT OF LUIS ARNULFO PEREZ

Personally appeared before the undersigned officer who is authorized to administer oaths, Luis Arnulfo Perez, who, being duly sworn, deposes and states as follows:

1. I am of legal age and maturity, under no disabilities, and competent to testify as to the facts contained herein, and make this Affidavit based upon my own personal knowledge.

2. I have received a copy of a lawsuit that was filed by Jerome Scott in the State Court of Clayton County, Georgia on July 14, 2022.

3. The lawsuit is related to a motor vehicle accident that occurred on July 22, 2020 in a parking lot in Cleveland, Bradley County, Tennessee. At the time of the accident, I was a truck driver for Paschall Truck Lines, Inc. and was dispatched out of El Paso, Texas.

4. At the time of the accident and now, I am a citizen and resident of Texas and live at 406 S. Spring Avenue, Gonzales County, Nixon, Texas 78140.

5. I have never lived in Georgia, owned or rented property in Georgia, and have no relatives that live in Georgia.

6. At the time of the accident and now, I have a Texas driver's license. I have never had a driver's license issued by the State of Georgia.

**FURTHER AFFIANT SAYETH NOT.**

This 19 day of August, 2022.

_Luis Perez_
Luis Arnulfo Perez

Sworn to before me this
19 day of August, 2022.

_Cherise Ongell Mertz_
Notary Public

A-2/2